SEALED
unsealed 6/19/08 ujc



2008 JUN 17 PM 3:19

KMH

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v.<br><br>MARCO ANTONIO CORRADO (1), aka Marcos,<br>RUBEN SANTOS (2),<br>LUIS ALVAREZ (3), aka Louie 187,<br>DANIEL ALVAREZ (4),<br><br>Defendants. | Criminal Case No. '08 CR 2018 BTM<br><br>I N D I C T M E N T<br><br>Title 21, U.S.C., Secs. 846 and 841(a)(1) - Conspiracy to Distribute Methamphetamine; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Methamphetamine with Intent to Distribute; Title 18, U.S.C., Sec. 2 - Aiding and Abetting |

The grand jury charges:

## Count 1

Beginning on a date unknown to the grand jury and continuing up to and including April 23, 2007, within the Southern District of California, and elsewhere, defendants MARCO ANTONIO CORRADO, aka Marcos, RUBEN SANTOS, LUIS ALVAREZ, aka Louie 187, and DANIEL ALVAREZ did knowingly and intentionally conspire together and with each other and with other persons known and unknown to the grand jury to distribute 50 grams and more of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

//

MIC:em:San Diego
6/17/08

ayk 14

## Count 2

On or about April 23, 2007, within the Southern District of California, defendants MARCO ANTONIO CORRADO, aka Marcos, RUBEN SANTOS, LUIS ALVAREZ, aka Louie 187, and DANIEL ALVAREZ did knowingly and intentionally possess, with intent to distribute, 50 grams and more of methamphetamine (actual), to wit: approximately 90 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

DATED: June 17, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
MICHAEL J. CROWLEY
Assistant U.S. Attorney