# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

Daniel Alvarez (4)

**NOT FOR PUBLIC VIEW**

**SEALED** unsealed 10/19/08

## WARRANT FOR ARREST

CASE NUMBER: 08cr2018 BTM

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Daniel Alvarez (4)

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition  [ ] Pretrial Violation

charging him or her with (brief description of offense)

21:846 and 841(a)(1) - Conspiracy to Distribute Methamphetamine; 21:841(a)(1) - Possession of Methamphetamine with Intent to Distribute; 18:2 - Aiding and Abetting

In violation of Title    See Above    United States Code, Section(s)

RECEIVED 2008 JUN 18 A 11:15 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

W. Samuel Hamrick, Jr.
Name of Issuing Officer

Clerk of the Court
Title of Issuing Officer

A. Everill  (SEAL)
Signature of Deputy

June 17, 2008 San Diego, CA
Date and Location

Bail fixed at $ _____    by    The Honorable Nita L. Stormes
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

