*Unsealed 6/19/08 nyc*

~~SEALED~~

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) <br> Plaintiff,      ) <br> ) <br> v.                                ) <br> ) <br> MARCO ANTONIO CORRADO, ET AL., ) <br> aka Marcos                    ) <br> ) <br> Defendant.     ) | Criminal Case No. '08 CR 2018 BTM <br><br> NOTICE OF RELATED CASE |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Gustavo Rivera-Martinez, et al.</u>, Criminal Case No. 02CR0878-L.

DATED: June 17, 2008.

KAREN P. HEWITT
United States Attorney

*/s/ Michael J. Crowley*

MICHAEL J. CROWLEY
Assistant U.S. Attorney