# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
v. ) Case No: 08CR2018-~~BTM~~ L
)
MARCO ANTONIO CORRADO, et. al. )

### APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
(X) Ad Prosequendum ( ) Ad Testificandum.

Name of Detainee: __DANIEL ALVAREZ__
Detained at (custodian): __WARDEN: East Mesa Detention Facility, San Diego, CA__
Detainee is: a.) (X) charged in this district by:
(X) Indictment ( ) Information ( ) Complaint
Charging Detainee With: __21 U.S.C. §§ 846 and 841(a)(1) and 21 U.S.C. § 2__

or b.) ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ( ) return to the custody of detaining facility upon termination of proceedings
or b.) (X) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

Appearance is necessary on __9/3/08__ at __9:00 a.m.__ in the courtroom of the Honorable __Leo S. Papas, United States Magistrate Judge__

Attorney of Record for __Government__

__K. HAMMERLY__

### WRIT OF HABEAS CORPUS
(X) Ad Prosequendum ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date __8/11/08__

United States Magistrate Judge

Please provide the following, if known:

AKA(s) (if applicable): _____  Male X  Female ☐
Booking or Fed. Reg. #: _____  DOB: 5/30/87
Facility Address: 446 Alta Road, Suite 5200  Race: _____
San Diego, CA 92179  FBI #: 947143FC2
Facility Phone: _____
Currently Incarcerated For: _____

### RETURN OF SERVICE

Executed on _____ by _____
(Signature)

N:\MJohnson2\misc\State writ for d alvarez.wpd
Form Crim-48
Revised 9/22/97